| | |
|---|---|
| **KENNETH GARDNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16982** |
| **BRAND ENERGY SOLUTIONS, LLC, ET AL.** | **SECTION "B"(5)** |

## ORDER

Considering Plaintiff's "Motion for Reconsideration" (Rec. Doc. 82), which states that Defendants do not oppose a continuance of trial, and Plaintiff's motion to expedite (Rec. Doc. 83),

**IT IS ORDERED** that Plaintiff's motion to expedite (Rec. Doc. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for reconsideration (Rec. Doc. 82) is **GRANTED.** Recently approved medical treatment and uncertainty about the extent of any future disability is good cause for a limited continuance of trial. *See, e.g., Jones v. Phil Guilbeau Offshore, Inc.*, No. 13-5078, 2014 WL 4186784, at *1 (E.D. La. Aug. 22, 2014) ("[P]laintiff's medical uncertainty constitutes good cause to justify the continuance of trial."); Augman v. Seacor Marine, LLC, No. 07-1508, 2008 WL 8694786, at *3 (E.D. La. June 23, 2008) (finding good cause to continue trial because resolution of medical uncertainty will allow for "better assessment of Plaintiff's post-accident capabilities, the extent of his disability, . . . his work prognosis, and . . . damages"). We recognize however there are

still remaining but fully discovered serious liability questions in this case.

**IT IS FURTHER ORDERED** that the jury trial currently scheduled for July 16, 2018, is **CONTINUED** to allow the parties time to discover relevant evidence about Plaintiff's lately developed medical conditions and treatments. Discovery is closed except with respect to those medical developments. *See* Augman, 2008 WL 8694786, at *3. **The parties are reminded that they are obligated to diligently litigate this case and comply with all deadlines; failure to do so may result in sanctions. *See* Fed. R. Civ. P. 1, 16.**

**IT IS FURTHER ORDERED** that the parties jointly file a proposed revised trial date **by July 16, 2018,** keeping in mind the limited nature of the continuance. The Court will schedule revised pre-trial and trial dates after review of the parties' submission.

New Orleans, Louisiana, this 10th day of July, 2018.

_____

SENIOR UNITED STATES DISTRICT JUDGE